UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Binicio Morales et al., on behalf of themselves and others similarly situated,

                     Plaintiffs,

-against-

AHDS Bagel LLC et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021

1:20-cv-06590 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      By Order dated March 10, 2021, I referred this matter to mediation, instructing the parties to schedule a mediation session within the following 60 days. (ECF No. 27.) The docket reflects that mediation sessions scheduled for May, 3, 2021 and May 17, 2021 were not held. By letter dated May 26, 2021, the parties informed the Court that they had engaged in a mediation session earlier that day, and that they had scheduled a further session for July 16, 2021, the next day all parties were available. (ECF No. 32.) The docket reflects that the mediation session scheduled for July 16, 2021 was not held. Discovery closed on July 31, 2021. (*See* 5/27/21 Order, ECF No. 33.) Thereafter, the parties informed the Court that they wished to engage in additional mediation.

      The Court hereby ORDERS as follows:

1. The parties may continue to pursue mediation.

2. The Court expects mediation to be completed by Thursday, September 30, 2021. No later than Friday, October 1, 2021, the parties shall file a letter setting forth either (1) the outcome of mediation, if it has completed, or, if it has not, (2) the

efforts the parties made to complete mediation by September 30, 2021, along with good cause for why mediation should be permitted to continue.

3. Pending further Order of the Court, all post-discovery deadlines provided for under District Judge Engelmayer's Individual Rules are adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
August 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge