UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Binicio Morales et al., on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

AHDS Bagel LLC et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2021

1:20-cv-06590 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court notes that a mediation session among the parties has been scheduled for January 11, 2022. (*See* ECF Docket entry dated Nov. 22, 2021.) The parties are hereby Ordered to file a joint status letter with the Court no later than January 18, 2022.

**SO ORDERED.**

DATED:    New York, New York
                November 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge