UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Binicio Morales et al., on behalf of themselves and others similarly situated,

                  Plaintiffs,

-against-

AHDS Bagel LLC et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/23/2022

1:20-cv-06590 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's Memo Endorsement dated January 19, 2022 (ECF No. 44), the parties were required to file a joint letter regarding the status of mediation no later than February 22, 2022. The parties have failed to comply with this requirement. Failure to file the parties' joint letter to the docket by February 25, 2022, may result in sanctions being imposed against the parties.

**SO ORDERED.**

DATED:    New York, New York
               February 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge