UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BINICIO MORALES, *individually and on behalf of others similarly situated*,

                         Plaintiffs,

-v-

AHDS BAGEL LLC et al.,

                         Defendants.

20 Civ. 6590 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On February 24, 2022, the parties notified the Court that mediation in this case had not succeeded. Because discovery in this case has ended, this case will therefore proceed to trial.

    The Court understands from the docket in this case that the parties have requested a jury trial. The parties' Joint Pretrial Order is due March 28, 2022. By that date, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3). Counsel are to be mindful that there are distinct conventions for Joint Pretrial Orders for bench as opposed to jury trials.

    Any motions *in limine* must be filed by March 28, 2022. Any oppositions to motions *in limine* are due April 4, 2022. Proposed findings of fact and conclusions of law should be submitted with the Joint Pretrial Order.

    The Court set a final pretrial conference in this case for May 3, 2022 at 3 p.m., in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-

coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 25, 2022
       New York, New York