# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 28, 2022

**Via ECF**

Hon. Stewart D. Aaron  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: Morales et al v. AHDS Bagel LLC et al  
1:20-cv-06590-PAE-SDA

Your Honor:

We represent the Plaintiffs in the above-referenced matter and write jointly with Defendants' counsel to request the matter be stayed.

Parties were instructed to file a Joint Pretrial Order by March 28, 2022. (E.C.F. Dkt. No. 49). We write to advise that On Friday, March 25th Defendants AHDS BAGEL LLC filed for Chapter 11 protection in the Eastern District of New York case Number:1-22-40624. (Please see attached bankruptcy notice)

The parties request that the entire case Morales et al v. AHDS Bagel LLC et al 1:20-cv-06590-PAE-SDA be stayed as the parties will be seeking to mediate the case in the bankruptcy court for the Eastern District of New York.

We thank the Court for its attention.

Respectfully Submitted,

*/s/ Catalina Sojo*  
Catalina Sojo, Esq.

cc: Lawrence F. Morrison, Esq. via ECF  
*Counsel for Defendants*

Granted. This case is stayed throughout the duration of the bankruptcy action. The parties shall file a joint letter on the docket of this case updating the Court as the status of the bankruptcy action every 60 days, beginning May 1, 2022.

SO ORDERED.

*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge  
3/29/2022

*Certified as a minority-owned business in the State of New York*