# CSM Legal, P.C.
## Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 5, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Morales et al v. AHDS Bagel LLC et al
              <u>Docket No.: 1:20-cv-06590</u>

Your Honor:

      Our office represents Plaintiff in the above-referenced matter. I write pursuant to the Court's November 28, 2022 Order (Ecf. Dkt. 58) to provide a status report of this case.

      There are no outstanding issues remaining in this action. We respectfully request a deadline of January 6, 2023 to submit the settlement agreement to the Court for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      We thank the Court for its time and consideration of this matter.

Respectfully submitted,

      Granted.

/s/ Frank Palermo
Frank Palermo, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
December 6, 2022

*Certified as a minority-owned business in the State of New York*