UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BINICIO MORALES, *et al.*, | | |
| Plaintiffs, | | 20 Civ. 6590 (PAE) (SDA) |
| -v- | | ORDER |
| AHDS BAGEL LLC, *et al.*, | | |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

On December 5, 2022, the parties notified the Court that they had reached a settlement in principle and requested until January 6, 2023 to submit their settlement agreement for the Court's review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Dkt. 59. On December 6, 2022, the Court approved their request. Dkt. 60.

No settlement agreement has been submitted. The Court orders the parties to file the settlement agreement and an explanatory letter for the Court's review by January 17, 2023.

SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 10, 2023
       New York, New York

1